**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00015-GCM**

| | |
|---|---|
| **DANELLE MILLER,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Davis Chermol (Doc. No. 4)

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Chermol is admitted to appear before this court *pro hac vice* on behalf of Danelle Miller.

**IT IS SO ORDERED**.

Signed: February 6, 2023

Graham C. Mullen
United States District Judge